UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

This Document Relates To:

*Willie Ed Jones v. Boehringer Ingelheim Pharmaceuticals Inc., et al*      No. 14-cv-50018-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 19, 2015 the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:  /s/*Caitlin Fischer*
         Deputy Clerk

Dated: June 19, 2015

Digitally signed by David R. Herndon
Date: 2015.06.19 15:37:10 -05'00'

APPROVED:
   U.S. DISTRICT JUDGE
   U. S. DISTRICT COURT